In the Matter of the Application of JACOB COHEN, Appellant, for the Cancellation of a Certain Judgment of Record.
AMERICAN WOOLEN COMPANY OF NEW YORK, Respondent.

*Matter of Cohen*, 150 App. Div. 925, affirmed.
(Argued October 3, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1912, which affirmed an order of Special Term denying a motion for cancellation of a judgment pursuant to section 150 of the Debtor and Creditor Law.

*Louis J. Wolff* and *William Otis Badger, Jr.*, for appellant.

*Edwin D. Hays, Daniel P. Hays* and *B. B. Gattell* for respondent.

Order affirmed, with costs, on opinion of CLARKE, J., in *American Woolen Co.* v. *Cohen* (142 App. Div. 880).
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.